HENRY G. DAVIS, Respondent, v. VIRGINIA DAVIS, Appellant.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

DORAINE DuP. LIEBSON, Respondent, v. LAURENCE S. LIEBSON, Appellant.— Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

BRODERNA LUNDGREN MANUFAKTUR AKTIEBOLAG, Respondent, v. BENSON & STAFFORD, INC., Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

SPARE-WAY FOOD PRODUCTS OF NEW YORK, INC., Appellant, v. ASSOCIATION OF FOOD DISTRIBUTORS, INC., et al., Respondents.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ. [See *post,* p. 987.]

HUGH K. BENNETT, Respondent, v. BAYOUK KAZVINI et al., Defendants. WALTER HART, INC., Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion by appellant to vacate warrant of attachment.]

In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant, against JOHN M. MURTAGH, Individually and as Chief Magistrate of the Magistrates' Court of the City of New York, et al., Respondents.— Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ. [201 Misc. 244.]